COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Weeks Marine, Inc. v. Mario Carlos

Appellate case number:    01-21-00015-CV

Trial court case number:  2020-34256

Trial court:                     125th District Court of Harris County

Appellant, Weeks Marine, Inc., has filed an accelerated appeal from the trial court's interlocutory order denying appellant's plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7). Section 51.014(b) provides that the filing of this appeal stays the trial. TEX. CIV. PRAC. & REM. CODE § 51.014(b).

Appellant has filed an emergency motion asking that we stay all trial court proceedings, including discovery. Texas Rule of Appellate Procedure 29.3 permits this Court to make orders necessary to preserve the parties' rights until disposition of this appeal. *See* TEX. R. APP. P. 29.3.

The Court **grants** appellant's motion and **stays** all proceedings in the trial court, including discovery, except for that discovery necessary to adjudicate the special appearance, pending disposition of this appeal.

It is so ORDERED.


Judge's signature: _____/s/ Justice Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court


Date: ____January 27, 2021_____